FILED

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF COLUMBIA

OKECHUKWU MUMMEE AMADI, # 06003-053
PLAINTIFF, PRO-SE, FDC
            POB 5010    *
VS.            Oakdale, LA   *
                  71463
DEPARTMENT OF HOMELAND   *
SECURITY AND IMMIGRATION AND
CUSTOM"S ENFORCEMENT,     *
DEFENDANTS.
                    *

CASE NUMBER 1:06CV01999

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 11/22/2006

CASE RE-ASSIGNED

JAN 1 2 2006

TO: WALTON, J. RB

## COMPLAINT

### JURISDICTION

This Action arises under the Federal Tort Claims Act, 28 U.S.C. §§2671-80, as hereafter more fully applies.

Jurisdiction is also conferred upon this Honorable Court pursuant to 28 U.S.C. §1346(c).

Pursuant to **28 U.S.C. §2675(a),** the claim set forth herein was presented to the Bureau of Immigration And Customs Enforcement in November of 2005.

The Bureau of Immigration and Customs Enforcement denied the Plaintiff's claim on April 25, 2006, without given any reason for the denial, See **Exhibit A.**

### Venue.

Venue is proper in the District Court of Columbia, pursuant to 28 U.S.C. §1402(b), because the defendant **Michael Chertoff** resides **and** does business in the District of Columbia.

RECEIVED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

## Parties

Plaintiff Okechukwu M. Amadi resided in the Plaquemines Parish Detention Center, a sub-urb of New Orleans, as an ICE Detainee, but Plaintiff noe resides at the Federal Detention Center, in Oakdale, Louisnan. The ICE denied the claim in South Burlington, Vermont.

## Facts

On August 27th, 2005, the authorities at the Plaquemines Parish Detention Center, on instructions from B.I.C.E., ordered the detaineed including the plaintiff, in their custody, to prepare for evacuation, due to the then approaching Hurricane Katrina. Please See **Exhibit "B",** for a declaration of Plaintiff, signed by the applicable detainees in his tank. **Exhibit "B"** details the sequence of events on that day.

The Plaintiff and the other detainees were ordered to leave their property behind, and the order was vehemently objected to. Just before the actual evacuation, the official of the **P.P.D.C.** allowed the detainees to take along with them, no more than an envelope of legal documents. The officers named in exhibit "B", declared to the detainees that the order disalowing us to take our property came from the ICE.

The officers at the Plaquemines Detention Center , under the lradership of **SGT. K. WILLIAMS,** were performing their duties under contract with the **B.I.C.E..**

When the evacuation officers from Tensas Parish Detention Center **(T.P.D.C.)** got to P.P.D.C., to evacuate the detainees, they ensured that items such as the Holy Bible was not taken. The Plaintiff who is a catholic who prior to that has not gone anywhere without his bible, but was specifically ordered by **Leutenant Mathews of T.P.D.C. to leave his bible behind.**

When on August 27, 2005, the detention officers ordrered the plaintiff to leave his property behind, they were representing the **B.I.C.E.,** who in turn represented the Department Of Homeland Security, which is an arm of the United States Government.

As a result of the Defendant's order, suprs, the Plaintiff suffered the losses itemized in the attached **Exhibit "C".**

On August 28, 2005, the **Hurricane Katrina descended** on the **City of New Orleans,** and the Plaquemines Parish Detention Center was totally destroyed along with the properties of the evacuated detainees and the plaintiff's.

On or about October 25th, 2005, two representatives of the **BICE Regional Office in New Orleans, delivered Tort Claims Forms** to detainees including the plaintiff, and invited us to execute our **Tort Claim.** Plaintiff's **Tort Claim Form** was completed and submitted to the institutional Chaplain for onward transmission to **MR. BEEMER at the New - Orleans, Office of ICE.**

On October 10th, 2005, Plaintiff sent his **Tort Claim Forms to the ICE PROPERTY, IMMIGRATION AND CUSTOMS ENFORCEMENT, 1010 EAST WHATLEY ROAD OAKDALE, LOUISIAN 71463 and no answer was given to plaintiff.** See **Exhibit "D".**

On  October 10th, 2005, Plaintiff sent his **Tort Claim Forms to the ATTENTION: MR. BEEMER at the New Orleans Office of ICE,** no answer was given to the Plaintiff, See Exhibit "E" for your review. Three months later, with no response from the Oakdale ICE and the New Orleans ICE, and with a lot of the detainees being deported, Plaintiff filed the same to the Washington Office of the Attorney General, who forwarded same to the **BICE** in Washington, D.C. See Exhibit "F", for the filed claim.

-3-

On April 25, 2006, the **ICE** through its Office at South Burlinton, Vermont denied the Plantiff's claim without any reasons.

In the mean time, the Defendant continues relentlessly attempting to deport the petitioner while refusing to settle the plaintiff's claim. Petitioner also suffered the loss of all his property in **ICE Detentin in New Orleans at P.D.C.** during the **HURRICANE KATRINA.**

The Defendant should be held liable to the plaintiff under the laws of the District of Columbia, and under the laws of the United States.

<u>**PRAYER FOR RELIEF**</u>

**WHEREFORE,** Plaintiff demands judgment against Defendant in the sum of **$2, 551. 80 ¢**

**Executed on this 17th day of October, 2006.**

I declare that the Statements contained herein are true and correct Pursuant to **28 U.S.C. Section 1746.**

10 /17/2006-

RESPECTFULLY SUBMITTED,

Okechukwu M. Amadi, Pro-Se
#06003-052/A#93-029-461
Federal Detention Center
P.O.BOX 5010
OAKDALE, LOUISIANA 71463

## CERTIFICATE OF SERVICE

I, Okechukwu M. Amadi, declare under the penalty of perjuty that the foregoing were served on the Defendants, United States Immigration And Customs Enforcement, and the Department Of Homeland Security, by placing them on the Inmates'/Detainees' outgoing mail postage, via certified return receipt requested. And Addressed to: B.I.C.E., 425 I STREET, NW WASHINGTON, D.C. 20536, and U.S.D.H.S., WASHINGTON, D.C. 20528. RETURN RECEIPT # 7006-0810-0005-4562-6729, #7006-0810-0005-4562-2516, AND #7006-0810-0005-4562-6972.

Executed on this the 17th, day of October, 2006.


DATED: _10_    _17th_ , 2006



RESPECTFULLY SUBMITTED,

Okechukwu Mummee Amadi,
PRO-SE, PLAINTIFF,

EXHIBIT   "A"



**Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

90/16.1

---

Office of the Principal Legal Advisor                    70 Kimball Avenue
                                                          South Burlington, Vermont 05403

April 25, 2006

Mr. Okechukwu M. Amadi
C/o FDC Oakdale
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463

Re:  <u>Claim for damages</u>

Dear Mr. Amadi:

The administrative claim you filed against the Department of Homeland Security has been denied.  This letter is furnished as notice that the claim has been considered and has been denied.

If you wish to file suit against the United States to recover any alleged damages or expenses incurred, pursuant to 28 USC § 2401(b) you must do so in the appropriate United States District Court no later than six months after the date of mailing of this letter.

Sincerely,

Scott A. Whitted
Associate Legal Advisor

CERTIFIED MAIL                                          06 1999
RETURN RECEIPT REQUESTED

**FILED**

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT **"B"**

# DECLARATION BASED ON INCIDENTS DURING EVACUATION OF I.C.E. DETAINEES OF "F" DORM AT P.P.D.C. DURING HURRICANE KATRINA.

The undersigned declare under pain and penalty of perjury, that the statement below is correct, and true.

At approximately 7 A.M. on Saturday, the 27th of August, 2005, the officers of Plaquemine Parish Detention Center, instructed all the detainees of "F" dormitory to pack up all their belongings in preparation to move. Officers Mike, Bob, and Victor instructed us that we must not take anything with us, including our legal documents.

We objected in unison, and after several hours, officers Bob, Mike, and Victor informed us that we could along our legal documents, but only limited to us to no more than two envelopes. We were kept in preparedness mode until approximately 7 P.M. on 8-27-05, when the transportation crew from Tensas Parish Detention Center, ordered us to line up for our move to Waterproof, Louisiana.

When we lined up to be evacuated, officers from Tensas Parish Detention Center became very aggressive and belligerent, and ordered us to take back everything that was not legal briefs, and cases, our wallets and address books, bibles, etc. We protested and advised them that we needed the items we were traveling with, but the Lieutenant Matthews from Tensas Parish Detention Center declared unequivocally to us that he was in charge and that what was command would stand.

06 1999

While the officers from Tensas were stripping us of our necessary properties, Cpl. Jolly, Sgt. Williams, and Lt. Williams all of P.P.D.C., were delightfully watching them frustrate us.

**FILED**

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

We finally succumbed to their aggressive tactics, and were only able to leave with minor legal papers. On getting to the bus however, we realized that the bus had more than ample space on a side compartment of the bus, to carry all our belongings, had they allowed us to take them.

Because of this stubborn and unnecessary refusal to accommodate our needs, we lost not only our legal documents, but all our belongings accumulated over the period we have been detained. Many of us have lost family documents, pictures, and items that are priceless, because of this arbitrary acts of the officers from both Tensas Parish Detention Center, Plaquemine Detention Center, and the B.I.C.E. who placed us in their custody.

Because of the difficulty this loss of our legal documents will cause us in our future efforts to execute our legal briefs, we have written the foregoing for informational purpose.

The undersigned again declare that the foregoing is true and correct to the best of our knowledge.


Executed on this the 2nd day of September, 2005.


## F – Dorm Detainees Signatures:

| Names | Signature | Alien Number |
|---|---|---|
| 1. Ambrose O. Esogbue | | A# 20-667-387 |
| 2. Alexander A. Oyenuga | | A# 20-750-982 |
| 3. Andrew S. Hango | | A# 76-029-374 |
| 4. Victor Iwuoha | | A# 28-388-262 |
| 5. Fernando Puga | | A# 97-845-622 |
| 6. Sun Dao Wen | | A# 72-435-670 |
| 7. Xue Zhong Zhong | | A# 77-354-619 |
| 8. OKECHUKWU M. AMADI | | A# 93-029-461 |

Executed on this the 2nd. Day of September, 2005.

## F Dorm Detainees Signatures:

| NAMES | ALIEN Nos. |
|---|---|
| 1) Ambrose O. Erogbue | A 20 677 387 |
|  | A 20 759 782 |
| 2.) Ali Xander A. Iyenuga | A 76 029 374 |
| 3). Andrew S. Hango | A 28 388 2G |
| 4). Victor Iwuoha | |
| 5) Fernando Poga | A 97 845 622 |
| 6) Sun Dao Wen | A 72 475 670 |
| 7) Xue zhong zhong | A 77 354 619 |
| 8) Jesus Roman | A - 24 780 497 |
| 9) Juan C. Castillo | A 98 501 056. |
| 10) Rene Dure | A 38 762 600 |
| 11) Adebanjo Adetola | A 96 028 178 |
| 12) Jamal Awad | 72 451 734 |
| 13) Rakhaber Patashuri | A 96 021 309 |
| 14) Jorge Garcia | A 98 501 060 |
| 15) Ambassador Tsegay | A 15 575 923 |
| 16) Akinosho Olufuniayo. A | A 26 268 009. |
| 17) Angel Brancas-ortis | A 98 501 061 |
| 18) Alberto Esparza | A 43-774-407. |
| 19) Jose Allantura | A 78 98 7164 |
| 20) Okechukwu M. Amadi | A 93-029-461 |

3

Sworn to and Subscribed before me, notary this the 20th day

| | |
|---|---|
| 9. Jesus Roman | A# 24-780-497 |
| 10. Juan C. Castillo | A# 98-501-056 |
| 11. Rene Dure | A# 38-762-600 |
| 12. Adebanzo Adetole | A# 96-028-178 |
| 13. Jamal Awad | A# 72-451-734 |
| 14. Kakhaber Patashuki | A# 96-021-309 |
| 15. Jorge Carcia | A# 98-501-060 |
| 16. Ambassador Tsegay | A# 15-575-923 |
| 17. Akinosho Olufunlayo A. | A# 26-268-009 |
| 18. Angel Brancos Ortis | A# 98-501-061 |
| 19. Alberto Esparza | A# 43-774-407 |
| 20. Jose Allantura | A# 78-987-165 |

21. OKECHUKWU M. AMADI  A#93-029-461

3

EXHIBIT "C "

## ATTACHMENT OF CLAIM

I was told that the water has damaged all, thus, I am supposed to file a TORT CLAIM.

I hereby list the following items:

1. MY TOTAL CASH WITH THE ICE PLAQUEMINES DETENTION CENTER UP DATE SHOULD BE ($280.00)
2. ONE TIMEX IRONMAN WATCH ===== === ===$ 31.85
3. ONE SONY RADIO AND CASSETT ===== === ==== $ 64.80
4. ONE SWEATSHIRT 3XL ===== ======= === $ 15.50
5. ONE SWEATPANT 3XL ===== ====== ==== $ 15.50
6. ONE HEADPHONES, CL4 ======= ====== ==== $ 13.50
7. TWO MEDICATED SOAPS ====$3.00 each === ====== $ 6.00
8. ONE COCOA BUTTER CREAM === -=== == = $ 3.50
9. ONE ENGLISH/SPANISH DICTIONARY ===== ==== = $ 1.70
10. TWO PRAYER OIL,FRANKIN, $5.10 each === === = $ 10.20
11. ONE PHOTO ALBUM ===== ====== = $ 2.95
12. ONE T. SHIRT WHITE ==3XL ==== === ==-$ 7.15
13. ONE BOXERS BRIEFS 2XL === ==== === $ 11.15
14. THREE BOOKS OF STAMPS,$7.40 each === ===== $ 22.20
15. SIX PACKS OF SHRIMP SOUP $- 68¢ each === === $ 4.06
16. THREE MACKEREL FILLETS $1.50 each === === $ 4.50
17. NINE COMPLETED CEUS' CERTIFICATES ==== === $540.00
    EACH COURSE COST ME $60.00 each,
    SEE THE ENCLOSED TRANSCRIPT, COURSE
    CODE AND TITLE FOR YOUR REVIEW,
    EMI-INDEPENDENT STUDY PROGRAM (FEMA) OR
    YOU CAN CALL (301)447-1200.
18. ONE SUNGLASS ==== ==== ==== $ 99.99
19. ONE SURE STICK DEO/ANTI-PERS === ======$ 2.85
20. ONE NEW BALANCE RUNNING SHOE === == $ 65.00
21. LEGAL DOCUMENTS , MEDICAL RECORDS/COURT'S ORDER ======= $ 1,000.00
22. EMS PACKAGE FROM REV. JOHN E. ECHENINI == $ - 630.00
    including important SWORN AFFIDAVIT FROM
    REV. JOHN E. ECHENINI, PICTURES, & Documents
    from High Court, Letters & etc.

TOTAL                    $2,551.80

06 1999

**FILED**

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 USC§1746.

Executed on this _10TH_ day of _OCT_ , 2005.        Respectfully Submitted,

Okechukwu M. Amadi

EXHIBIT "D"

VIA CERTIFIED MAIL RETURN RECEIPT #7000-0600-0024-4909-3943

FROM:  OKECHUKWU M. AMADI                United States Departmment
       BOP #06003-052/A93-029-461          of Justice, ICE PROPERTY
       Federal Detention Center            IMMIGRATION AND CUSTOMS
       P.O.BOX 5010                        ENFORCEMENT 1010 EAST WHATLEY RI
       Oakdale, LA 71463                   OAKDALE, LOUISIANA 71463


TO:  DIRECTOR, TORT CLAIM BRANCH          ATTN: BEEMER,
     CIVIL DIVISION                       IMMIGRATION AND CUSTOMS-
     U.S. Department of Justice           ENFORCEMENT
     Washington, D.C. 20530               701 LOYOLA AVENUE, 9th FLOOR
                                          NEW ORLEANS, LOUISIANA 70113

Dear Sir/Madam:

On October 10, 2005, I sent a copy of a Tort Claim regarding my **PROPERTY LOSS** based on incidents during evacuation of I.C.E. Detainees of "F" DORM AT P.P.D.C. During HURRICANE KATRINA, **to** the two addresses mentioned above. Up to date, I never hear from anyone regarding my claim for **property loss.**

Now, I decided to send a copy of the said claim to this Honorable Office to contact the above addresses regarding my claim for **property-loss.** Also should issue a Stay pending the Settlement of this Tort Claim.

Enclosed is **Exhibit "A" ICE PROPERTY, IMMIGRATION AND CUSTOMS-ENFORCEMENT 1010 EAST WHATLEY ROAD, OAKDALE, LOUISIANA 71463.**

**Exhibit "B" ATTN: BEEMER, IMMIGRATION AND CUSTOMS ENFORCEMENT 701 LOYOLA AVENUE, 9th FLOOR, NEW ORLEANS, LOUISIANA 70113,** for your review.

I declare under penalty and pain that the foregoing is true and correct pursuant to **28 U.S.C. §1746.**

06 1999

Respectfully Submitted,

Executed on this 6th day of February, 2006.

Okechukwu M. Amadi

FILED

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FROM : OKECHUKWU M. AMADI,A#93-029-461
       Federal Detention Center
       P.O.BOX 5010, VP-A UNIT
       OAKDALE, LA 71463


TO: United States Department of Justice
        ICE PROPERTY
IMMIGRATION AND CUSTOMS ENFORCEMENT
     1010 EAST WHATLEY ROAD
  OAKDALE, LOUISIANA 71463.




    OKECHUKWU M. AMADI, A#93-029-461,

              TORT CLAIM FOR MONEY, PROPERTY, AND IMPORTANT DOCUMENTS LOSS
    DUE TO HURRICAN KATRINA ON 08/29/05 IN NEW ORLEANS, LOUISIANA,
    AT PLAQUEMINES PARISH DETENTION CENTER AND THE ENTIRE NEW ORLEANS, LOUISIANA.




                          Respectfully Submitted,

                          _____  10/10/05

                          Okechukwu M. Amadi

# CLAIM FOR DAMAGE, INJURY, OR DEATH

| | |
|---|---|
| 1. Submit To Appropriate Federal Agency:<br>ICE PROPERTY,<br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br>1010 EAST WHATLEY ROAD<br>OAKDALE, LOUISIANA 71463 | 2. Name, Address of claimant and claimant's personal representative (See Instructions on reverse.) (Number, street, city, State and Zip Code)<br>OKECHUKWU M. AMADI, A#98-029-461/<br>BOP#06003-052, VP-A UNIT<br>P.O. BOX 5010<br>OAKDALE, LOUISIANA 71463. |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>03/14/61 | 5. MARITAL STATUS<br>MARRIED | 6. DATE AND DAY OF ACCIDENT<br>AUGUST 29, 2005 | 7. TIME (A.M. or P.M.)<br>8:00/9:0 |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On 08/27/05 around 7:30 PM, I and all the Inmates/Detainees housed in PLAQUEMINES PARISH DETENTION CENTER were EVACUATED due to HURRICAN KATRINA. I was transfered to (TPDC) TENSAS PARISH DETENTION CENTER WATERPROOF, LOUIANA.

NONE of the Inmates/Detainees were allowed to pack their properties. On 09/29/05, I spoke to MR. JOUBRT, INS Representative. He indicated to me that the Institution has been closed due to the HURRICAN KATRINA and no longer exists. I was advised to wait a few days for my money in my account. As for my properties(Legal Materials), (See the Attachment Sheet).

9.    YES    PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

SAME AS ABOVE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.) I lost my MONEY and my PROPERTIES INCLUDING my LEGAL MATERIALS due to HURRICAN KATRINA at PLAQUEMINES PARISH DETENTION CENTER NEW ORLEANS on 08/29/05 due to the HURRICAN KATRINA.

10.    PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

N/A

11.    WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| 1. ADEBANJO OLUMAYOWA, F. DOME | THEY ARE ALL AT (TPDC) TENSAS PARISH-DETENTION CENTER WATERPROOF, LOUISIANA |
| 2. AMBROSE, F. DOME | 8606 HIGHWAY 65 |
| 3. VICTOR, F. DOME | WATERPROOF, LOUISIANA 71375. |

12. (See instructions on reverse.)    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE<br>$2,551.80 | 12b. PERSONAL INJURY<br>N/A | 12c. WRONGFUL DEATH<br>N/A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$2,551.80 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory<br>N/A | 14. DATE OF CLAIM<br>10/10/05 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM<br>The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS<br>Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-108<br>Previous editions not usable.    NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7)<br>PRESCRIBED BY DEPT. OF J<br>28 CFR 14.2

## ATTACHMENT OF CLAIM

I was told that the water has damaged all, thus, I am supposed to file a TORT CLAIM.

I hereby list the following items:

1. MY TOTAL CASH WITH THE ICE PLAQUEMINES DETENTION CENTER UP DATE SHOULD BE                                                    ($280.00)
2. ONE TIMEX IRONMAN WATCH =====          ===          ===$ 31.85
3. ONE  SONY RADIO AND CASSETT =====          ===          ==== $ 64.80
4. ONE SWEATSHIRT 3XL          =====          =======          === $ 15.50
5. ONE SWEATPANT 3XL  =====          =======          ==== $ 15.50
6. ONE HEADPHONES, CL4  =======          =======          ===== $ 13.50
7. TWO MEDICATED SOAPS ====$3.00 each ===          ======  $  6.00
8. ONE COCOA BUTTER CREAM ===          -===          ==  = $  3.50
9. ONE ENGLISH/SPANISH DICTIONARY  =====          ====  = $  1.70
10. TWO PRAYER OIL, FRANKIN, $5.10 each  ===          === = $ 10.20
11. ONE PHOTO ALBUM          =====          ======  = $  2.95
12. ONE T. SHIRT WHITE ==3XL  ====          ===          ==-$  7.15
13. ONE BOXERS BRIEFS  2XL  ===          ====  === $ 11.15
14. THREE BOOKS OF STAMPS, $7.40 each  ===          ===== $ 22.20
15. SIX PACKS OF SHRIMP SOUP $- 68¢ each  ===          ===  $  4.06
16. THREE MACKEREL FILLETS  $1.50 each  ===          === $  4.50
17. NINE COMPLETED CEUS' CERTIFICATES  ====          === $540.00
    EACH COURSE COST ME $60.00 each,
    SEE THE ENCLOSED TRANSCRIPT, COURSE
    CODE AND TITLE FOR YOUR REVIEW,
    EMI-INDEPENDENT STUDY PROGRAM (FEMA) OR
    YOU CAN CALL (301)447-1200.
18. ONE SUNGLASS  ====          ====          ==== $  99.99
19. ONE SURE STICK DEO/ANTI-PERS  ===          =======$   2.85
20. ONE NEW BALANCE RUNNING SHOE  ===          ==          $  65.00
21. LEGAL DOCUMENTS, MEDICAL RECORDS/COURT'S ORDER _____  $ 1,000.00
22. EMS PACKAGE FROM REV. JOHN E. ECHENINI ==          $ - 630.00
    including important SWORN AFFIDAVIT FROM
    REV. JOHN E. ECHENINI, PICTURES, & Documents
    from High Court, Letters & etc.

                    TOTAL          $2, 551. 80

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 USC§1746.

Executed on this 10TH day of Oct., 2005.

                              Respectfully Submitted,

                              Okechukwu M. Amadi

INMATE REQUEST TO STAFF MEMBER

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

DATE: 09/12/05

ICE-OAKDALE

TO _I C E PROPERTY. U.S. DEPARTMENT OF JUSTICE, OAK._
(Name and title of officer)

" REQUEST FOR THE RETURN OF MY MONEY AND
MY PERSONAL PROPERTY, MY LEGAL DOCUMENTS
DUE TO THE HURRICANE KATRINA ON 08/29/05
IN NEW ORLEANS, LOUSIANA. AND I WAS AMONG THEY
DETAINEES THAT WERE EVACUATED FROM
PLAQEMINES PARISH DETENTION CENTER ON
08/27/05 TO (T.P.D.C) TENSAS PARISH DETENTION-
CENTER WATERPROOF, LOUSIANA "
     ON AUGUST 16, 2005, I WAS TRANSFERRED FROM
ETOWAH COUNTY DETENTION CENTER, GADSDEN,
ALABAMA TO ESCAMBIA COUNTY JAIL. (SEE ATTACHMENT SHEET).

NAME: OKECHUKWU M. AMADI        NO: A93-029-461/06003-052

Work assignment: REC-AM        Unit: VP-A

NOTE: If you follow instructions in preparing your request, It can be disposed of more promptly and
intelligently. You will be interviewed. If necessary, is order to satisfactorily handle your request. Your
failure to specifically state your problem may result in no action being taken.

DATE 10/5/05

DISPOSITION: (Do not write in this space)
I am trying to get the information needed Regar
your legal documents. They are still inside
Plaqemines Parish Jail, I was informed

J. Strube
OFFICER

ORIGINAL-FILE
CANARY-INMATE

EXHIBIT "E"

VIA CERTIFIED MAIL #7000-0600-0024-4909-0096

OKECHUKWU M. AMADI
A#93-029-461/BOP#06003-052
Federal Detention Center
P.O.BOX 5010
OAKDALE, LA 71463


October 10, 2005


ATTN: BEEMER,
IMMIGRATION AND CUSTOMS ENFORCEMENT
701 Loyola Avenue, 9th Floor
New Orleans, LA 70113



Dear Mr. Beemer,

    On 08/27/05, all the **ICE Detainees** at **PLAQUEMINES PARISH DETENTION CENTER INCLUDING OKECHUKWU AMADI** were **EVACUATED** from PPDC to(TPDC WATERPROOF, LOUISIANA DUE TO HURRICANE KATRINA ON 08/29/05 IN NEW ORLEANS, LOUISIANA. I have received the sum of $326.57 my cash money with the ICE PPDC NEW ORLEANS, LOUISIANA. I am now waiting for my property Loss claim.**
    In the month of October, 2005, I received my cash money like-wise other Detainees in the **Tensas Parish Detention Center Waterproof, Louisiana.** Some of those Detainees were transfered from(TPDC)  to **FDC OAKDALE, LOUISIANA on** 11/03/05. and we are all here in FDC OAKDALE, LOUISIANA.

    I am now requesting for this Honorable Office to process my claim for **property Loss as soon as posible.** See the enclosed itemized loss property for your review.

    I await for your favorable response regarding this claim.

Thank you and God Bless.


Sincerely,

Okechukwu M. Amadi

06 1999

# FILED

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:06-cv-01999-RBW    Document 1    Filed 11/21/2006    Page 23 of 27

# CLAIM FOR DAMAGE, INJURY, OR DEATH

OMB NO
1105-000
EXPIRES

**1. Submit To Appropriate Federal Agency:**

(ICE) IMMIGRATION AND CUSTOMS ENFORCEMENT
ATTN: MR. BEEMER, ICE OFFICER
701 LOYOLA AVENUE, 9TH FLOOR
NEW ORLEANS, LOUISIANA 70113

**2. Name, Address of claimant and claimant's personal representative** (See Instructions on reverse.) (Number, street, city, State and Zip)

OKECHUKWU M. AMADI, A#93-029-4617
BOP#06003-052, P.O. BOX 5010
Federal Detention Center
OAKDALE, LOUISIANA 71463

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 03/14/61 | MARRIED | AUGUST 29,2005 | 8:00/9:00A |

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involve place of occurence and the cause thereof) (Use additional pages if necessary.)

On 08/27/05 around 7:00 A.M., I and all the Inmates/Detainees housed PLAQUEMINES PARISH DETENTION CENTER were EVACUATED due to HURRICAN KATRINA. We were Transfered to (TPDC) TENSAS PARISH DETENTION CENTER WATERPROOF, LOUISIANA. None of the Inmates/Detainees were allowed to pack their Properties. On 09/29/05, I spoke to MR. JOUBRT, INS Representative. He indicated to me that the Institution has been closed due to the HURRICAN-KATRINA and no longer exists. I was advised to wait a few days for my Money in my Account. As for my Properties (Legal Materials),We were kept in (See Attachment Sheet) preparedness mode until approximately 7 P.M. on 08/27/05, when the transportation crew from Tensas Parish Dtc, ordered us to line up for our move to TPDC

**9.** YES      **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

SAME AS ABOVE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See in on reverse side.)

I LOST MY MONEY AND MY PROPERTIES INCLUDING MY LEGAL MATERIALS, DUE TO HURRICAN KATRINA AT PLAQUEMINES PARISH DETENTION CENTER NEW ORLEANS LOUISIANA ON 08/29/05.

**10.**      **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMAN NAME OF INJURED PERSON OR DECEDENT.

N/A

**11.**      **WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| 1. ADEBANJO OLUMAYOWA, F. DORM | THEY ARE ALL AT (TPDC) TENSAS PARISH |
| 2. AMBROSE, O.ESOGBUE , F. DORM | DETENTION CENTER WATERPROOF, LOUISIANA |
| 3. VICTOR, IWUOHA, , F. DORM | 8606 HIGHWAY 65 |
| | WATERPROOF, LOUISIANA 71375 |

**12.** (See Instructions on reverse)      **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may (orfeiture of your rights.) |
|---|---|---|---|
| $2,551.80 | N/A | N/A | $2,551.80 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACC AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLA |
|---|---|---|
| [signature] | N/A | 10/10/05 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more tha or both. (See 18 U.S.C. 287, 1001.) |

95-108
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Re
PRESCRIBED BY DEPT. O
28 CFR 14.2

## ATTACHMENT OF CLAIM

I was told that the water has damaged all, thus, I am supposed to file a TORT CLAIM.

I hereby list the following items:

1. MY TOTAL CASH WITH THE ICE PLAQUEMINES DETENTION CENTER UP DATE SHOULD BE ($280.00)
2. ONE TIMEX IRONMAN WATCH ===== === ===$ 31.85
3. ONE SONY RADIO AND CASSETT ===== === ==== $ 64.80
4. ONE SWEATSHIRT 3XL ===== ======= === $ 15.50
5. ONE SWEATPANT 3XL ===== ====== ==== $ 15.50
6. ONE HEADPHONES, CL4 ======= ====== ===== $ 13.50
7. TWO MEDICATED SOAPS ====$3.00 each === ====== $ 6.00
8. ONE COCOA BUTTER CREAM === -=== == = $ 3.50
9. ONE ENGLISH/SPANISH DICTIONARY ===== ==== = $ 1.70
10. TWO PRAYER OIL, FRANKIN, $5.10 each === === = $ 10.20
11. ONE PHOTO ALBUM ===== ====== = $ 2.95
12. ONE T. SHIRT WHITE ==3XL ==== === ==-$ 7.15
13. ONE BOXERS BRIEFS 2XL === ==== === $ 11.15
14. THREE BOOKS OF STAMPS,$7.40 each === ===== $ 22.20
15. SIX PACKS OF SHRIMP SOUP $- 68¢ each === === $ 4.06
16. THREE MACKEREL FILLETS $1.50 each === === $ 4.50
17. NINE COMPLETED CEUS' CERTIFICATES ==== === $540.00
    EACH COURSE COST ME $60.00 each,
    SEE THE ENCLOSED TRANSCRIPT, COURSE
    CODE AND TITLE FOR YOUR REVIEW,
    EMI-INDEPENDENT STUDY PROGRAM (FEMA) OR
    YOU CAN CALL (301)447-1200.
18. ONE SUNGLASS ==== ==== ==== $ 99.99
19. ONE SURE STICK DEO/ANTI-PERS === =======$ 2.85
20. ONE NEW BALANCE RUNNING SHOE --- == $= 65.00
21. LEGAL DOCUMENTS , MEDICAL RECORDS/COURT'S ORDER ———— $ 1,000.00
22. EMS PACKAGE FROM REV. JOHN E. ECHENINI == $ - 630.00
    including important SWORN AFFIDAVIT FROM
    REV. JOHN E. ECHENINI, PICTURES, & Documents
    from High Court, Letters & etc.

TOTAL                          $2,551.80

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 USC§1746.

Executed on this _10TH_ day of _OCT_ , 2005.

Respectfully Submitted,

Okechukwu M. Amadi

EXHIBIT "F "



**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

| | | |
|---|---|---|
| *Elizabeth A. Strange*<br>*Trial Attorney* | *Post Office Box 888*<br>*Benjamin Franklin Station*<br>*Washington, D.C. 20044* | *Telephone: (202) 616-4254*<br>*Facsimile: (202) 616-5200* |

PJP:EAStrange:amb
157-0-32-55

March 14, 2006

Okechukwu M. Amadi
Reg. No. 06003-052/ A93-029-461
Federal Detention Center
P.O. Box 5010
Oakdale, LA  71463

     RE:    <u>Administrative Tort Claim of Okechukwu M. Amadi</u>

Dear Mr. Amadi:

    This is in response to the administrative tort claim dated October 10, 2005, which you presented to the Department of Justice. The Department of Justice received your claim on February 16, 2006.

    Pursuant to 28 C.F.R. § 14.2(b)(1), a claim must be presented to the federal agency whose activities gave rise to the claim. In this case, the appropriate agency for evaluating the merits of your claim is the Department of Homeland Security, Bureau of Immigration and Customs Enforcement. Accordingly, I am forwarding your claim to the Department of Homeland Security, Bureau of Immigration and Customs Enforcement.

    Please direct all further communication regarding this matter to the Department of Homeland Security, Bureau of Immigration and Customs Enforcement at the address listed below.

              Very truly yours,

              ELIZABETH A. STRANGE
              Trial Attorney
              Torts Branch, Civil Division

06 1999

cc:   Neal Swartz
      Deputy Legal Advisor
      Department of Homeland Security
      Bureau of Immigration and Customs Enforcement (BICE)
      425 I Street, N.W., Room 6100
      Washington, D.C.  20536

**FILED**

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

---

*Elizabeth A. Strange*
*Trial Attorney*

*Post Office Box 888*
*Benjamin Franklin Station*
*Washington, D.C. 20044*

*Telephone: (202) 616-4254*
*Facsimile: (202) 616-5200*

PJP:EAStrange:amb
157-0-32-55

March 14, 2006

Neal Swartz
Deputy Legal Advisor
Department of Homeland Security
Bureau of Immigration and Customs Enforcement (BICE)
425 I Street, N.W., Room 6100
Washington, D.C. 20536

     RE:    Administrative Tort Claim of Okechukwu M. Amadi

Dear Mr. Swartz:

     The Department of Justice received the above-captioned administrative tort claim dated October 10, 2005, on February 16, 2006. Because the claim arises out of the activities of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement in accordance with 28 C.F.R. § 14.2(b)(1), I am forwarding the matter to your office for appropriate action. Claimant has been advised of the referral and requested to direct all further communication regarding the matter to your office.

               Very truly yours,

               Phyllis J. Pyles/sts

               PHYLLIS J. PYLES
               Director
               Torts Branch, Civil Division

Enclosures

cc:    Okechukwu M. Amadi
       Reg. No. 06003-052/ A93-029-461
       Federal Detention Center
       P.O. Box 5010
       Oakdale, LA 71463