UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

FILED
DEC 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OKECHUKWU MUMMEE AMADI,

    PLAINTIFF,

VS.

DEPARTMENT OF HOMELAND SECURITY,
ET AL.,

    DEFENDANTS.

CIVIL ACTION NO:06-1999

PLAINTIFF'S RESPONSE TO COURT'S ORDER
DATED NOVEMBER 22, 2006, ORDERED
PLAINTIFF TO PAY A FILING FEE OF $350.00.
(THREE HUNDRED AND FIFTY DOLLARS.

**COMES NOW**, Plaintiff, Okechukwu Mummee Amadi, respectfully submits to this Court the enclosed response and also to notify this Court that **he is a Detainee and not a Prisoner.** That he has been in the **ICE-DHS Custody for SIX (6) years** since **2000** he had finished his Prison Time.

Plaintiff, Okechukwu Mummee Amadi is a **Detainee and not a prisoner.** That consitent with the principle that deportation is a <u>**Civil**</u> rather than a <u>**Criminal Procedure**</u>, the **Ninth Circuit Court of Appeals** has held an alien detained by the **INS/ICE/DHS** pending deportation is not a <u>**"Filing-Fee"**</u> requirement of the <u>**PLRA**</u> so not apply to an alien detainee proceding " In Forma Pauperis". See <u>Agyeman v. INS,</u> 296 F. 3d. 871 (9th Cir.2002). See also <u>Kolocotronios v. Morgan,</u> 247 F.3d. 726 (8th Cir.2001)[holding that an **Inmate** being held at a mental Institution pursuant to a finding that he was not guilty by reason of instanity was not a Prisoner within

meaning of the **PLRA**]; See <u>**Lafotant v. INS,**</u> 135 F.3d. 158, 165 (D.C. Cir. 1998). [incarcerated alien facing deportation is not a "**Prisoner**" for the purposes of the **PLRA**]; <u>**Ojo v. INS,**</u> 106 F.3d. 680 (5th Cir. 1997) [**PLRA**" does not bring an alien detainee within **Sweep**].

Plaintiff prays that this Honorable Court should consider all the circumstances surroundering him and follow the rule and regulations, and plaintiff also prays that this case should be settled amicablly to aviod further litigation.

DATED: 11 / 28 / , 2006.

RESPECTFULLY SUBMITTED,

_____
Okechukwu Mummee Amadi,
PRO-SE, PLAINTIFF,
A#93-029-461/#06003-052
Federal Detention Center
P.O.BOX 5010, VP-A UNIT
Oakdale, Louisiana 71463