CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OKECHUKWU MUMMEE AMADI,

PLAINTIFF,

VS.

DEPARTMENT OF HOMELAND
SECURITY, ET AL.,

DEFENDANTS.

CIVIL ACTION NO: 06-1999 (RBW)

RECEIVED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## N O T I F I C A T I O N

Dear Honorable Clerk:

(1)   I am writing to notify this Honorable Court that I have received the **ORDER** dated **January 12, 2007,** in which **Honorable Judge KESSLER** assigned my case to **Honorable Judge WALTON.**

(2)   All the documents evidence and witnesses regarding this case have already sent to this Court on **October 17, 2006.**

(3)   **WHEREFORE,** Plaintiff respectfully prays that this case should be settled amicablly to aviod further litigation.

-1-

I declare under the penalty of perjury that all the statements contained herein is true and correct pursuant to **28 U.S.C. §1746.**

Dated: January 25, 2007.

                                        Respectfully Submitted,

                                        _____
                                        Okechukwu Mummee Amadi
                                        PRO-SE, PLAINTIFF,
                                        A#93-029-461/#06003-052
                                        Federal Detention Center
                                        P.O.BOX 5010, VP-A UNIT
                                        Oakdale, Louisiana 71463