UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **OKECHUKWU MUMMEE AMADI,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1999 (RBW) |
| **DEPARTMENT OF HOMELAND SECURITY** *et al.*, | ) | |
| Defendants. | ) | |

## TRANSFER ORDER

Plaintiff is a detainee at the Federal Detention Center in Oakdale, Louisiana. He has brought this action under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-80 (2006), to recover damages for the loss of property he allegedly suffered during the evacuation of prisoners from the Plaquemines Parish Detention Center in New Orleans, Louisiana, in August 2005, as a result of Hurricane Katrina.

The FTCA requires that "[a]ny civil action on a tort claim against the United States . . . be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b) (2006). Neither condition is present for litigating this case here. The events giving rise to the complaint occurred in New Orleans, Louisiana, which is located in the Eastern District of Louisiana. Plaintiff is confined in the Western District of Louisiana, which may be considered to be the judicial district of his current residence. *See Starnes v. McGuire,* 512 F.2d 918, 925 n.7 (D.C. Cir. 1974) ("for the purposes of [venue] Sections 1391(e) and 1404(a) a prisoner has his 'residence' at his place of confinement") (citations omitted). Because the Western District is also the most likely location where

witnesses and any relevant records are located, the Court finds it in the interests of justice and judicial economy that this case should be transferred there. Accordingly, it is

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this action is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

_____s/_____
Reggie B. Walton
Date: April 17 , 2007                     United States District Judge