UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001



OKECHUKWU MUMMEE AMADI,           *

        Plaintiff,           *           CASE NO._____

-VS-                              *           NOTICE OF CHANGE OF ADDRESS

UNITED STATES OF AMERICA, ET AL., *
        Defendants.
                          *

### NOTICE OF CHANGE OF ADDRESS

CLERK OF COURT:

Please, Notice is hereby given that I, Okechukwu Mummee Amadi, the Plaintiff in the above caption Civil Action hereby notifies the Court of the changes in location and mailing address.

Plaintiff's Current/New address is thus, as follows:

OKECHUKWU M. AMADI, #93-029-461/
#06003-052,
C/O MR. IBE OGBURU, NO-18 BANLEY-
COURT, COLUMBIA 29229
PHONE# (803) 238-0087

Dated: January 10, 2008.

Dated: 01/10/2008.

RESPECTFULLY SUBMITTED,

_____
Okechukwu Mummee Amadi, PRO-SE